**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 13-6404**

─────────

CHRISTOPHER LANE,

                    Petitioner – Appellant,

        v.

WAYNE MCCABE,

                    Respondent - Appellee.

─────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge. (0:12-cv-00912-RBH)

─────────

Submitted:  May 23, 2013                    Decided:  May 29, 2013

─────────

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Christopher Lane, Appellant Pro Se. Alphonso Simon, Jr., Assistant Attorney General, Donald John Zelenka, Senior Assistant Attorney General, Columbia, South Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lane seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2012). The magistrate judge recommended that relief be denied and advised Lane that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Lane has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2